DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH DUPEROUX,**
Appellant,

v.

**PHILIPPE SYMONOVICZ,**
Appellee.

No. 4D22-784

[February 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 18-16018 (14).

Joseph Duperoux, Lauderdale Lakes, pro se.

Philippe Symonovicz of the Law Offices of Philippe Symonovicz, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***